**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* VERITY INVESTIGATIONS, LLC,<br>*Plaintiff/Relator*,<br>v.<br>DALLARA, LLC,<br>*Defendant.* | Case No. 1:25-cv-02468-TWP-MJD |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL UNTIL IN OR AFTER DECEMBER 2027**

This cause has come before the Court upon the Parties' joint motion pursuant to the Court's November 2, 2026 Order (ECF 61), that the Parties jointly request that trial of this matter be continued until in or after December 2027. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. Trial in this matter is continued until ______________.

SO ORDERED. ________________________________

Dated:

Distribution list:
Service will be made electronically
On all ECF-registered counsel of record
Via email generated by the court's ECF system